**Paula D. GEORGE, Plaintiff—Appellant,**

v.

**Ray MABUS, Secretary of the Navy, Defendant–Appellee.**

No. 13–1283.

United States Court of Appeals, Fourth Circuit.

Submitted June 24, 2013.

Decided July 10, 2013.

Paula D. George, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paula D. George appeals the district court's order dismissing George's motion for settlement as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *George v. Mabus,* No. 4:11–cv–00106–BO (E.D.N.C. Feb. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*